IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                     CRIMINAL NO. 4:09CR9HTW-LRA

MARCUS THORNTON

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment, filed May 5, 2009, against the defendant, MARCUS THORNTON, without prejudice.

                                                    STAN HARRIS
                                                    United States Attorney

Date: September 30, 2009

By:    Patrick A. Lemon
        Assistant United States Attorney
        Mississippi Bar No. 9740

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this 30th day of September, 2009.

                                                    UNITED STATES DISTRICT JUDGE