IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:09cr9HTW-LRA

MARCUS THORNTON

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 21, 2009, this Court entered an Agreed Preliminary Order of Forfeiture, ordering defendant **MARCUS THORNTON** to forfeit **One (1) Taurus pistol, Model PT-111, 9MM, serial number TBU0367** (the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants were known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **One (1) Taurus pistol, Model PT-111, 9MM, serial number TBU0367** is hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 924(d)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest

to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

SO ORDERED, ADJUDGED, AND DECREED this 25th day of November, 2009.

**s/ HENRY T. WINGATE**
_____
HONORABLE HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE